# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JEFFERY WALKER**                                                                   **PLAINTIFF**

**VS.**                            **CASE NO. 3:17CV00052 PSH**

**NANCY A. BERRYHILL, Acting Commissioner,**
    **Social Security Administration**                             **DEFENDANT**

## JUDGMENT

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 17th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE