IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEFFREY WALKER                                                    PLAINTIFF

VS.                     CASE NO. 3:17CV00052 PSH

NANCY A. BERRYHILL,
ACTING COMMISIONER OF SOCIAL
SECURITY ADMINISTRATION                                           DEFENDANT

**ORDER**

Now before the Court is the plaintiff Jeffrey Walker's ("Walker") motion for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Defendant Nancy A. Berryhill ("Berryhill") does not oppose the motion.

The Court grants the motion, approving an EAJA award in the amount of $2,928.21 (which includes $20.01 in expenses). There is nothing unreasonable about the hours of work performed or the hourly rate requested. Because the award belongs to Walker, and not his attorney, as set forth in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), the Department of Treasury shall issue payment of this award by check made payable to Walker, in care of his attorney, Stephanie Bartels Wallace, and shall mail the check to Ms. Wallace at her Jonesboro, Arkansas, address.

IT IS SO ORDERED this 5th day of March, 2019.

_____
UNITED STATES MAGISTRATE JUDGE