IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JEFFREY WALKER**                                                                    **PLAINTIFF**

VS.                                    CASE NO. 3:17CV00052 PSH

**NANCY A. BERRYHILL, Acting Commissioner,**
    **Social Security Administration**                                **DEFENDANT**

**ORDER**

The Clerk is directed to reopen the case, and it is remanded for further proceedings consistent with the December 20, 2018, opinion of the Eighth Circuit Court of Appeals. *See Docket Entry no. 22.*

IT IS SO ORDERED this 5th day of March, 2019.

_____
UNITED STATES MAGISTRATE JUDGE